■ LEO J. ROTH CORPORATION, Respondent, v TRADEMARK DEVELOPMENT CO., INC., et al., Appellants. (Appeal No. 1.) [934 NYS2d 914]—

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Centra, Green, Gorski and Martoche, JJ.